# THE UNITRED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

FILED
ASHEVILLE, N.C.
DEC 1 4 2020
U.S. DISTRICT COURT
W. DIST. OF N.C.

1:20-cv-372

| | |
|---|---|
| MELVIN RICHARD ROBINSON III | TITLE III; ADA VIOLATON |
| Plaintiff | COMMUNICATION |
| V | |
| PARDEE UNC HEALTHCARE + | REQUEST FOR COUNCIL |
| SOUTHEASTERN SPORTS MEDICINE | |
| AND ORTHOPEDIC | |

## CIVIL RIGHTS

I'm requesting an appointed council due to my cognitive ability due to injury, the struggle with the Federal Court process and limited library time due Covid-19.

## PLAINTIFF

Melvin Richard Robinson III          Richardrobinson40@yahoo.com

181 Brickton Village Cir Apt 303     561-294-0623

Fletcher, NC 28732

Is bringing a Civil Rights Title 3 (Communication) violation against the defendants mentioned above.

## DEFENDENTS

1. Pardee UNC Health Care; 800 Justice St. Hendersonville, NC 28791

2. Southeastern Sports Medicine and Orthopedic; Mission Pardee Health Campus 2775 Hendersonville Rd. Arden, NC 28704

## ADA TITLE 3 COMMUNICATION VIOLATION

1. Violation of Title 3, ADA: Dr. Guram, Dr.Rudins and staff didn't notify my law firm or representation of the major changes in my injury diagnosis resulting in tainted insurance claims and loss of Social Security Disability insurance while destroying my Social Security Retirement benefits and leaving me with an untreated spinal and head injury.

## RELIEF

20 Million dollars for switching my injuries in violation of title 3 ADA; communications by not letting my law firm know of the major injury changes when I have concussion syndrome. I've lost over 20 years of Medicare services and my Social Security retirement is destroyed due to the doctors changing my injuries without using the proper chain of communication according to title 3 of the ADA; communication. The pain and suffering and the physiological damage from the emotional abuse is included in the 20 million, along with the destruction of my reputation.

## CONCULSION

Due to the doctors at Pardee , Southern Sports Medicine violating the title 3 act of the ADA ; communication law: I'm asking for 20 million dollars because the doctor did not inform my law firm or representation of the major medical changes when I have concussion syndrome resulting in tainted insurance claims and permanent spinal injury and physiological damage.

This the day of December 12, 2020

Melvin Richard Robinson III

181 Brickton Village Cir Apt 303

Fletcher NC, 28732 ( 561-294-0623)

Richardrobinson40@yahoo.com