# ADA COMPLAINT COVER PAGE

FILED
ASHEVILLE, N.C.
DEC 14 2020
U.S. DISTRICT COURT
W. DIST. OF N.C.

1:20-cv-372

R.RICHARD ROBINSON III

VS

DR. GURAM, DR.RUDIN

21 TURTLE CREEK

ASHEVILLE,NC

28803

TAINTING MEDICAL INSURANCE CLAIMS WITH MISLEADING INFORMATION BEHIND MY BACK AS I RECOVER FROM A HEAD/NECK AND CONCUSSIVE INJURY. THEY MANUPILATED MY INJURIES ON A PRIVATE AND GOVERNMENT INSURANCE CLAIM WITHOUT NOTIFYING MY LAWFIRM WHEN I HAVE CONSUSSIVE SYNDROME.

In April of 2019 I transferred my care from Florida to North Carolina. The diagnosis was C5-C6 Central Herniation with Spondylosis and bilateral foraminal encroachment, C3-C4 bulging, Cervical Lordotic Straitening, Head/Neck injuries with concussion syndrome. L5-S1 Central Herniation with annular fissure and lumbar lordotic straitening. Right shoulder Tendinosis, sub deltoid bursitis, capsulitis. Left shoulder capsulitis, sub deltoid bursitis and tendinosis.

The doctors in North Carolina lied on the Social Security insurance and Car insurance claims and changed my injuries behind my back without letting my law firm or me know when I have a head injury.

They notified the Social Security Department and the car insurance companies know of their opinion but failed to let me or my law firm know of the switch. They switched my injuries behind my back with a head injury to a less severe injury on multiple insurance claims without letting my law firm know.

I found out of the medical changes about a year later on the Social Security Claim. My trial was 6/16/2020 and this event is continuing through today. The doctors failed to tell my law firm or me of the medical changes but where able to contact the

insurance companies behind are back to inform them of the changes.

The changed the injuries behind our back when I have a head injury to the less severe injuries of (Cervical Degenerative disc disease with radiculopathy, lumbar degenerative disease, tendonitis of the left shoulder, mild-left carpal tunnel, post concussive syndrome.) They left out the MRIs on multiple insurance claims behind my back when I have a head injury. They did not contact my law firm of the changes.

They have been in contact with my insurance companies about my injury changes but not my law firm when I have a head injury.

M.RICHARD ROBINSON III

182 BRICKTON VILLAGE CIR APT 303

FLETCHER . NC 28732

561-2940623

RICHARDROBINSON40@YAHOO.COM

# CERTIFICATE OF SERVICE

I hereby certify that I sent a copy to the US District Court Clerk

100 Otis Street Asheville, NC 28801 with summons for Pardee 800 N. Justice St. Hendersonville NC 28791, Southeastern Sports Medicine at 2775 Hendersonville Rd. Arden NC 28702, Attorney General William Barr 950 Pennsylvania Avenue, NW Washington DC 20530-0001 and Josh Stein 114 West Edenton Street Raleigh ,NC.

*[signature]*

Melvin Richard Robinson III

181 Brickton Village Cir Apt 303

Fletcher , NC 28732

Richardrobinson40@yahoo.com

561-294-0623