




**PRESS FIRMLY TO SEAL**

U.S. POSTAGE PAID
PM 1-Day
FLETCHER, NC
28732
DEC 12, 20
AMOUNT
**$7.75**
R2304M116312-10

1006    28801

# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

FROM: Melvin Richard Robinson III
181 Brickton Village Cir
Apt 303  28732

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

RECEIVED
ASHEVILLE, NC
DEC 14 2020
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TO: Clerk of Courts
100 Otis St,
Asheville, NC
28801



EXPECTED DELIVERY DAY: 12/14/20
USPS TRACKING® NUMBER
9505 5158 4708 0347 5213 19



iule free Package Pickup,
can the QR code.
JSPS.COM/PICKUP