USPS PRIORITY MAIL FLAT RATE ENVELOPE

U.S. POSTAGE PAID
PM 1-Day
FLETCHER, NC 28732
DEC 12, 20
AMOUNT $7.75
R2304M116312-10

FROM: Melvin Richard Robinson III
181 Brickton Village Cir
Apt 303  28732

TO: Clerk of Courts
100 Otis St,
Asheville, NC
28801

RECEIVED
ASHEVILLE, NC
DEC 14 2020
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

EXPECTED DELIVERY DAY: 12/14/20
USPS TRACKING® NUMBER
9505 5158 4708 0347 5213 19