# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Melvin Richard Robinson III, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00372-MOC-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Southeastern Sports Medicine and | ) | |
| Orthopedic, Pardee UNC Healthcare, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 11, 2021 Order.

January 11, 2021

Frank G. Johns, Clerk
United States District Court