# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.
FEB 02 2021
U.S. DISTRICT COURT
W. DIST. OF N.C.

1:20-cv-372

| | |
|---|---|
| Melvin Richard Robinson III | Appeal to 4th circuit |
| Plaintiff, | TITLE III ADA COMMUNICATION |
| Vs | NEGLIGENCE PER SE |
| Southeastern Sports Medicine and | APPEAL COURT APPOINTED |
| Orthopedic, Pardee UNC Healthcare | ATTRONERY |

I'm appealing your judgement because The ADA, Title III is designed to prevent discrimination and it's also designed to further prevent injury based of the discrimination. THE NEGLIGENCE WAS AN ERROR IN MEDICAL RECORDS AND TREATMENT FURTHERING MY INJURIES DUE TO COMMUNICATION DISCRIMINATION. PLUS, my cognitive issues prevent me from presenting a good case.

I'm appealing your dismissal to the 4th circuit; Title III of the ADA is for the purpose of effective communication rules to ensure that a person with A vision, hearing, or speech disability can communicate with, receive information, and convey information to, the covered.

I HAVE CONSUSSION SYNDROME AND OTHER INJURIES THAT PREVENT ME FROM MAKING MEDICAL DECISIONS. TITLE III OF THE ADA

IS DESIGNED TO PROVIDE EFFICTIVE COMMUNICATIONTO PREVENT FURTHER INJURY. NOT COMMUNICATING INJURIES CHANGES WITH MY LAYWER IS CONSIDERED A TIITLE III VIOLATION.

The Claim is he violated the ADA by not using the proper laws to communicate the injury changes to my medical guardians of the injury changes. TITLE III, COMMUNICATIONS VIOLATION AND THE DISICRMINATION CAUSED FURTHE INJURY; NEGLIGENCE.

I told Dr. Guram and the doctors at South Eastern Sports medicine that I didn't have the cognitive ability to make medical changes. They denied me equal access to a fair medical diagnosis by not communicating the changes in the diagnosis to my medical guardians or law firm. I was unable to have full and equal enjoyment of the goods and services, facilities, privileges, advantages or accommodations of a public place; The doctor has to have effective communication for its client with issues communicating.

My argument is that the ADA is also designed to keep the communication from further preventing injuries. By not communicating effectivity I was denied equal access and all my injuries got changed without letting my medical guardians know; causing further injury, because of the discrimination.

A doctor must let me have someone help me go over my medical changes because of my struggling cognitive ability. Under Title III ADA, Doctors must provide effective communication to a patient for equal

access and my communication rights got denied furthering my injuries; negligence per se.

I'm also appeal for an appointed council because this is a civil rights manor and I'm struggling to state claims correctly due to my cognitive ability and limited library time do to covid-19.

Exhibit A – The Missing MRI's from my Social Security Disability application. Dr. Guram lied on a Government Medicare Application affecting the outcome. He violated the ADA Title III, communicating by not telling me, my law firm or my medical guardians of the changes.

Changing injuries without communicating the injury changes to my medical guardians is a violation of the title III based off my concussion syndrome; I can't make those changes.

Exhibit B- Page 9; My signs and symptoms got omitted from my medical insurance claim because of a Communication under TITLE III, ADA; I wasn't able to enjoy equal and enjoyment of goods and services, facilities, privileges, adventures or accommodations of a public place and my injuries got recorded and treated incorrectly because Southeaster Sports medicine denied my right for effective communication and did not tell my law firm or medical guardians about the medical changes furthering my injuries.

Exhibit C – The incorrect medical Diagnosis on a SSI/SSDI/Medicare application because Dr. Guram didn't communicate the changes to my

law firm when I don't' have the ability to make medical changes because of my concussive syndrome denying me equal enjoyment of the good and services to the facilities, privileges, advantages, or accommodations of a public doctor's office and my injuries went untreated and my Medicare application became tainted because of the communication causing further injury ; Negligence per se.

Exhibit – D The Medicare application with the incorrect information that the doctors didn't communicate the changes to my car accident law firm or my medical guardians when I have concussion syndrome. They violated the Ada by not communicating the major medical changes to my medical guardian and furthered my injuries. They denied me equal access and enjoyment to the services and the facilities, privileges, advantages, or accommodations of a public doctor's office furthering my injuries and causing permanent damage; negligence per se.

This the day  Feb 1 2021

*[signature]*

Melvin Richard Robinson III

181 Brickton Village Association

Fletcher, NC 28732

RichardRobinson40@yahoo.com