

U.S. POSTAGE PAID
PM 1-Day
FLETCHER, NC
28732
FEB 01, 21
AMOUNT
**$7.95**
R2305M148875-08


UNITED STATES POSTAL SERVICE®

FROM: Melvin Richard Robinson III
181 Brickton Village
Air Apt 303
Fletcher, NC 28732

**PRIORITY MAIL**

RECEIVED
ASHEVILLE, NC
FEB 02 2021
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

EXPECTED DELIVERY DAY: 02/02/21
USPS TRACKING® NUMBER


9505 5158 4707 1032 6121 53

* Domestic only

TO:
Clerk of Court
100 Otis St, Asheville
NC 28801

To schedule free Package Pickup, scan the QR code.


USPS.COM/PICKUP

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

* Domestic only.  * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.


**UNITED STATES POSTAL SERVICE**®


TRACKED*
★ ★ ★
INSURED*
★

# PRIORITY® MAIL

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

PS00001000014
EP14F Oct 2018
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE

* Domestic only.   * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.