FILED: May 3, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1149
(1:20-cv-00372-MOC-WCM)

_____

MELVIN RICHARD ROBINSON, III

    Plaintiff - Appellant

v.

PARDEE UNC HEALTHCARE; SOUTHEASTERN SPORTS MEDICINE AND ORTHOPEDIC

    Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, this appeal is dismissed. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK