In the Western District of North Carolina

Asheville Division NO 1:20-Cv-00372

FILED
ASHEVILLE, N.C.

MAY 20 2021

U.S. DISTRICT COURT
W. DIST. OF N.C.

Melvin Richard Robinson III.  Remove of Judge Metcalf

False statements causing harm

V.  Irreversibly damage

Southeastern sports medicine

Pardee hospital, UNC

Health

Request to remove judge Metcalf for making false statements on opinions that are causing me more discrimination harm and irreversible damage by encouraging organizations to refuse my medical records, then claim they didn't know I was injured.

I was in a car accident in South Florida I was diagnosed with walking, talking, sitting for long periods of time, standing for long periods of time, I can only type for an hour at a time, I'm struggling putting together sentences. I've worked only two to three months full time since November 2018. Judge Metcalf is telling me I don't have proof of injuries and didn't establish disability when they are refusing my medical records. This is the most irresponsible statement a western North Carolina federal judge can make for someone going through a period of disability. It's shameful because I have to give you all my medical information which is not required to establishing disability. I don't have to tell you that I have headaches dizziness concentration issues problems sleeping and have it work full time consistently since November and 18. I've established a support person already from the very first accident because I have memory issues, cognitive issues, confusion and my brain is working slow. A support person was already established and I have a medical guardian that makes all my financial and medical decisions because of my injuries I cannot make them on my own. For judge Metcalf to make a statement claiming I did not prove disability when the HOA is refusing my medical documentation is irresponsible and has put my life in harm and is subjected me to more disability discrimination because people now or refusing my reasonable accommodations. The Ada, HUD and all disability laws state you only need one major life function short-term or long-term disability. I have three medical doctors explaining I could not work over a 12-month. Of time in a row. Because of covid closures and I stopped going to the doctor. I'm now back in Florida because my car tag expired and I couldn't get medical treatment with a broken down car because I haven't worked since November in 2018. These are clearly two different injuries on a social security disability application and that is negligence failure to report the different notes to my medical support person or my Law Firm. I have a concussion and cognitive struggles I do not need to tell you that I'm struggling with memory confusion and my brain is slow but I'm going to tell the court anyway and is very shameful that I even have to go this far with my medical information. All I need is a doctor telling you that I have called in his struggles and doing this is very difficult for me. For me to even say all of my

medical information is putting me in a very vulnerable spot and making me uncomfortable in this Western District Court. He clearly doesn't know what you need to establish a disability and it's up to the HOA to find out what disability that they are catering to. They continue to ignore my emails they won't do any of my requests and he made a very irresponsible statement putting me at more harm claiming I didn't establish disability when they are refusing my medical records. I'm asking this case be put on hold until October 2001 due to my continuing medical treatment in Florida and my car accident case ii west Palm beach July 7,-Aug27 I'm also asking that judge Metcalf be removed from this case due to his false statements that actually put every disabled person in Western North Carolina In Harm's Way because he's claiming I didn't establish a disability when they are refusing my medical documentation. The Ada or HUD explains saying you need one major life function ,walking, talkitg sitting eating communicating working I am struggling with all those and can provide medical documentation to the cork, to Southeastern sports medicine, and to my h o a please do not make statements that I'm refusing to give them medical information or establish a disability when they are the ones denying my medical records. You should be asking brickton Village why don't they have my medical records?


The question in this court case is why did Southeastern Sports Medicine put different information on a social security disability application without telling my support person, medical guardian or Law Firm because I was diagnosed with Cod and it struggles, struggles putting sentences together, memory issues and confusion. I shouldn't even have to tell you all that. All I should have to tell you is that I have struggling cognitive issues and have to have a support person to complete medical and financial tasks. His statements are putting me in a place of danger and are continuing the discrimination and I asked that he be removed from all my cases involving Ada or HUD due to false misguided statements that have caused me more harm and irreversible damage. I HAVE TO HAVE A SUPPORT PERSON, MEDICAL GUARDIAN OR LAWFIRM HELP WITH FINANCIAL AND MEDICAL DECISIONS DUE TO MY CONGITIVE STRUGGLES. I CAN PROVIDE THE COURT ANY DOCUMENTS OF MY CONGITIVE ABILITY, MEMORY LOSS, CONCUSSION SYNDROME, CONFUSION, AND SLOW FUNCTIONING BRAIN. IT'S AN EMBARRASSING BECAUSE ALL MY MEDICAL INFORMATION IS NOW PUBLIC BE JUDGE METCALF IS MAKING FALSE STATEMENTS ON FEDERAL OPINIONS AND I DON'T HAVE TO GIVE ALL MY MEDICAL INFORMATION TO ESTABLISH A DISABILITY. HE HAS CAUSED ME MORE HARM AND DAMAGE BECAUSE I HAD TO MAKE MY INJURIES PUBLIC. WHEN THE LAW MAKES IT CLEAR I DON'T HAVE TO GIVE ALL THIS INFORMATION TO SUPPORT A DISABILITY . I only need a note showing I have ,had or perceived to have a Disability a one time and I actually have a continuing disability. I can provide the court any DOCUMENTS to prove Disability. Please, remove Judge Metcalf from this Disability case for making false statements on another Ada and HUD complaint in the Western District of North Carolina. That statement is causing me harm and irreversible damage that I can never recover from. It sets president because now HOA and property managers can refuse medical information and then claimed they didn't know somebody was injured and that is not how it works that is a clear misinterpretation of the law and I asked that he be removed for that false, fraudulent statement.


This the day May 16

M Richard Robinson

*[signature]*