M. Robinson
(8) Brookton Village Apt 303
Fletcher NC 28732

MIAMI FL 330
17 MAY 2021 PM 4 L

FOREVER / USA

RECEIVED
ASHEVILLE, NC
MAY 20 2021
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Clerk of Court
100 Otis St
Asheville NC 28801

28801-261184

Please remove Judge Metcalf from all of my disability cases. I'm in Florida getting medical treatment for multiple major life changing injuries, walking, talking, concentration, working and many other. Its emparising I even have to disclose this much medical information to establis Injuries. This Damage is irreversable and causing me continuing Discremation