FILED: May 25, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1149
(1:20-cv-00372-MOC-WCM)

_____

MELVIN RICHARD ROBINSON, III

    Plaintiff - Appellant

v.

PARDEE UNC HEALTHCARE; SOUTHEASTERN SPORTS MEDICINE AND ORTHOPEDIC

    Defendants - Appellees

_____

MANDATE

_____

The judgment of this court, entered 05/03/2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*