Asheville
Robinson
US
Pardee

RECEIVED
ASHEVILLE, NC
JUN 16 2021
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Please Remove Judge Metcalf. He is a dumb muther fucker. I asked for a laueyr civil Rights because I have Communcation Issus

you are forcing me to cuss

I'm struggling with cannabis

Health my card is getting worse

Please Remove me ucb

## QUESTIONS ABOUT YOUR MEDICAL MARIJUANA CERTIFICATION?

To contact the friendly staff at **CannaMD**, please call 1 (855) 420-9170
To contact Dr. Jarvis, please email dr.jarvis@cannamd.com

### WEST PALM BEACH DISPENSARIES (MMTCs)

**Altmed (MUV)**
(561) 899-4628
313 W Datura St, Suite 101
West Palm Beach, FL 33401
www.muvfl.com

**MedMen**
(352) 240-3805
539 Clematis St.
West Palm Beach, FL 33401
www.medmen.com

**Trulieve**
(561) 366-2618
1324 N Military Trl.
West Palm Beach, FL 33409
www.trulieve.com

**GrowHealthy**
(800) 619-5288
4237 Okeechobee Blvd.
West Palm Beach, Florida 33409
www.growhealthy.com

**Surterra**
(561) 781-5570
11575 US Hwy 1
North Palm Beach, Florida 33408
www.surterra.com

**VidaCann**
(561) 335-3857
770-B1 S Military Trl.
West Palm Beach, FL 33415
www.vidacann.com

**GTI (RISE)**
(561) 440-2360
430 Clematis St.
West Palm Beach, FL 33401
www.gtigrows.com

**Surterra**
(561) 899-5300
2500 S. Dixie Hwy.
West Palm Beach, Florida 33401
www.surterra.com

**Liberty Health Sciences**
(561) 437-3705
1540 Palm Beach Lakes Blvd.
West Palm Beach, FL 33401
www.libertyhealthsciences.com

For a complete list of all Florida dispensaries, please see: CannaMD.com/Dispensaries

**OFFICE OF MEDICAL MARIJUANA USE**
1 (800) 808-9580
www.flhealth.gov/ommu

www.CannaMD.com