Homeless Judge Metcalf shold be removed from all dis(?)shreived cases

Clerk of Court
100 Otis Street Ahaville 28863

Case 1:20-cv-00372-MOC-WCM Document 15-1 Filed 06/16/21 Page 1 of 2



I Don't want metal on any on my cases. He all ready fucked me with that Bell sh+t op in ~~vardo~~