Robinson vs Pardee
S. Northeastern

FILED
ASHEVILLE, N.C.
JUL 14 2021
U.S. DISTRICT COURT
W. DIST. OF N.C.

1:20 cv 372

60 DAY extension

I have no money, or the ability to respond to this Complaint. This facility left me with untreated disc herniations. I don't have a computer or any more money at this time and need 60 days to respond due to my medical condition

[signature]

Western District of North Carolina

Asheville 1:20 –cv-00030

M. Robinson vs

Brickton village etal

TRO/Injunctive relief   REASONABLE ACCOMIDATION HUD

AFTER A TRAMITIC CAR ACCIDENT/ MY HOME IS ON THE MARKET.

1. To stop Brickton Villlage from putting this lien on me during Covid19 due to failure to pay rent.
2. I was in a car accident that wasn't my fault and Southeastern sports medicine changed all me injures and left me with un treated disc herenations in the middle of a car accident. They just paid a settlement for lying on Medicare because of veteran disability fraud. I wasn't able to win my disability application because the doctors changed all y injuries without telling me.
3. I'm selling my home and will pay the HOA in full. The mortgage company is holding 30,000 in debt and the electric company is holding around a grand.
4. Brickton village refuse to remove an incorrect lien earl early I'm the year and destroyed my credit and I coundn't refinance.