181 Brickton Village
Fletcher NC 28732
Richard W[...]



RECEIVED
ASHEVILLE, NC
JUL 14 2021
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Clerk of Courts
100 Otis Street
Asheville 28801

28801-261184