IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00372-MOC-WCM

| | | |
|---|---|---|
| MELVIN RICHARD ROBINSON, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| PARDEE UNC HEALTHCARE and | ) | |
| SOUTHEASTERN SPORTS MEDICINE | ) | |
| AND ORTHOPEDIC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on Plaintiff's Motion for Extension of Time (the "Motion," Doc. 17).

Plaintiff filed his original Complaint in this action on December 14, 2020. Doc. 1. On initial review, the District Court dismissed Plaintiff's Complaint without prejudice. Doc. 4.

Following an appeal and remand by the Court of Appeals for the Fourth Circuit, Plaintiff was granted the opportunity to amend his Complaint, and was instructed to file his amended complaint within 30 days, or on or before July 19, 2021. See Doc. 16.

1

On July 14, 2021, Plaintiff filed the instant Motion in which Plaintiff asserts:

> I have no money, or the ability to respond to this Complaint. This facility left me with untreated disc herniations. I don't have a computer or any more money at this time and need 60 days to respond due to my medical condition.

Doc. 17 at 1.

Considering Plaintiff's *pro se* status and for the reasons stated in the Motion, the Motion will be allowed.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion (Doc. 17) is **GRANTED**, and Plaintiff's deadline to file an amended complaint is **EXTENDED** to and including September 17, 2021.

Signed: July 29, 2021

W. Carleton Metcalf
United States Magistrate Judge