Western District
Federal Court
Asheville

M. Richard Robinson        Case #

V

Southeastern sports        1:2020cv00032
medicine UNC

I'm asking for 30 more day. I'm in Florida getting medical treatment for Multiple Disc hernations and a Concusion

Im asking for 30 more days

Do to injury

Melvin Richard Johnson III

/s/

561-294-0623



**University of North Carolina Health Care System**

## Financial Assistance Coverage Exclusions

- Accounts in third party, estate or bankruptcy status

- Procedures not covered include but are not limited to:
    - Cochlear Implant
    - Adult Hearing aids (age 21 and older)
    - Optical shop products
    - Routine eye exams
    - Contact lenses
    - Bariatric Surgery
    - Transplants
    - Cosmetic surgery or procedures
    - Acupuncture
    - LDL Apheresis
    - Flograft injections
    - Deep Brain Stimulation
    - Left Ventricular Assist Device
    - Elective infant circumcision
    - Penile or testicular implant
    - Vasectomy reversal
    - Preservation reproductive opportunities after cancer treatment
    - Infertility Evaluation and Treatment
    - Ultrasound Tissue characterization scanning
    - Ultrasound Tissue characterization evaluation
    - Non-medically necessary obstetric ultrasound
    - Non-medically necessary virtual colonoscopy
    - Non-medically necessary full body MRI
    - Non-medically necessary Dental services
    - Any procedure or service that does not meet medical necessity criteria

- **Insured patients will not be eligible for Financial Assistance or a self-pay discount unless the patient has complied with the terms and requirements of the primary insurance coverage. If the primary insurance covers services only at designated in-network facilities or with in-network providers, Financial Assistance will not be provided if the patient chooses to use a facility or provider that is not in-network.**

- **Prior to scheduling an appointment verify the UNC Health provider accepts UNC Financial Assistance.**