M. Richard Robinson
P.O Box 6163
1800 Four Seasons Blvd
Hendersonville, NC 28792

WEST PALM BCH FL 334
17 SEP 2021 PM 4 L



Clerk of Courts
100 Otis Street
Asheville NC 28803

RECEIVED
ASHEVILLE, NC
SEP 20 2021
US DISTRICT COURT
DISTRICT OF N.C.

28801-261184

Case 1:20-cv-00372-MOC-WCM   Document 19-1   Filed 09/20/21   Page 1 of 1