IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00372-MOC-WCM

| | |
|---|---|
| MELVIN RICHARD ROBINSON, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| PARDEE UNC HEALTHCARE and ) | |
| SOUTHEASTERN SPORTS MEDICINE ) | |
| AND ORTHOPEDIC ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on Plaintiff's Motion (Doc. 19).

Plaintiff filed his original Complaint in this action on December 14, 2020. Doc. 1. On initial review, the District Court dismissed Plaintiff's Complaint without prejudice. Doc. 4.

Following an appeal and remand by the Court of Appeals for the Fourth Circuit, Plaintiff was granted the opportunity to amend his Complaint, and was instructed to file his amended complaint within 30 days, or on or before July 19, 2021. See Doc. 16.

Plaintiff's deadline to file an amended complaint was subsequently extended by sixty (60) days, through and including September 17, 2021. Doc. 18.

By the instant Motion, Plaintiff requests an additional thirty (30) days, presumably to file his Amended Complaint. Doc. 19. Plaintiff states that he is in Florida receiving treatment for multiple disc herniations and a concussion, and that he needs additional time due to his injuries.

For the reasons set forth in the Motion, and considering Plaintiff's *pro se* status, Plaintiff's request for a thirty-day extension of time to file his Amended Complaint will be granted. Plaintiff is respectfully advised, however, that considering the length of time Plaintiff has been now provided, further extensions will not be allowed without specific and compelling reasons.

**IT IS THEREFORE ORDERED** that the Motion (Doc. 19) is **GRANTED**, and the deadline for Plaintiff to file an Amended Complaint is **EXTENDED** through and including October 18, 2021.

Signed: September 21, 2021

W. Carleton Metcalf
United States Magistrate Judge