Cover

M. Richard Robinson
P.O. Box 6361  1800 4 Seasons
Blvd Ste 11  Hendersonville
NC 28792

v.

South eastern Sports
medicine 21
Turtle Creek Drive
Asheville, NC 28803