

**PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED**

US POSTAGE PAID $8.70
Origin: 34994
10/18/21
1187450620-20

PRIORITY MAIL 2-DAY®

0 Lb 3.30 Oz

EXPECTED DELIVERY DAY: 10/21/21

C015

SHIP TO:
100 OTIS ST
Asheville NC 28801-2608

USPS TRACKING® #
9505 5163 1322 1291 5901 04

FROM: Melvin Richard Robinson II
P.O Box 6361  1800 four Seasons
Blvd Hendersonville, NC 28792

Homeless and injured

TO:
Clerk of Court
100 Otis St
Asheville NC 28801

RECEIVED
ASHEVILLE, NC
OCT 22 2021
U.S. DISTRICT COURT
W. DISTRICT OF N.C.


PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2


USPS.COM/PICKUP