Melvin Richard Robinson
2911 Frontier Dr.
Titusville FL 32796



Clerk of Court
100 Otis ts
Asheville NC
28802

RECEIVED
ASHEVILLE, NC
NOV 23 2021
U.S. DISTRICT COURT
W. DISTRICT OF N.C.