FILED
ASHEVILLE, N.C.
OCT 22 2021
U.S. DISTRICT COURT
W. DIST. OF N.C.

FILED
ASHEVILLE, NC
JAN 10 2022
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Western District of North Carolina

Asheville Division

M Richard Robinson III

V

South Eastern Sports Medicine, Pardee Hospital, UNC Health System.

NEGLIGENCE PER SE, COMMUNICATION : MEDICAL ERRORS THAT LEFT ME WITH UNTREATED CONCUSSION, SPINAL INJURY AND MULTIPLE PINCH NERVES DURING THIS PANDEMIC DO TO COMMUNICATION ERRORS WITH MY SUPPORT PERSON OR CAR ACCIDENT LAW FIRM.

1. Negligence per se ; ADA Title III communication: Emotional distress
2. Negligence per se; Rehabilitation Act 1973 section 504: Emotional distress
3. Negligence per se, Section 1557 Communication Affordable care act.

[A] I transferred care to the facilities above after a car accident in Florida. I was diagnosed with a concussion, spinal injury with trouble concentrating and completing task. I only transferred care to continue medical treatment for C5-C6 CENTRAL HERNATION, C3-C4 Bulges spondylosis fornimal enroahment with Radiculopathy down both arms, cervical lordic straightening with L5-S1 Broad based disc hernations with Annular fissure and lordic back straightening with headache, blurred vision, dizziness, trouble concentrating, memory issues, confusion, slow brain and trouble completing task . I was in the middle of a Social security disability application before transferring to South Eastern Sports medicine with the injuries stated above with MRI evidence.

[1] I'm back in Florida getting medical treatment for the injuries above because South Eastern Sports medicine left me with untreated social Security disablity injuries with out telling my medical support person or car accident lawyer.

[B] Do to my memory issues, confusion, trouble concentrating and completing task I told Dr. Guram, Dr. Hill, Dr. Kersten and Dr. Rudins if they change treatment or have a different diagnosis they need to tell my lawyers, sisters because I don't have the congative ability to make medical decisions for my self.

[1] The treated me for carpal tunnel, depression and anxiety with out telling anyone they switched the diagnosies or treatment.

[2] They missed two disc herniations with pinches in the neck and back and misdiagnosed with carpal tunnel. They misdiagnosed my concussion, headaches, dizziness, blurred vision, confused, memory loss, hot flashes with depression and anxiety

[AB] I told the doctors up front that the billing would have to wait until the car accident was settled and paid for buy the insurance company. The doctors at South Eastern Sports medicine sent the bills to my credit report, destroying my credit before the car accident was settled.

[1] I'm currently in Florida getting medical treatment and the doctors in Florida are holding payment until the car accident is settled.

[2] The doctors at South Eastern Sports medicine didn't tell me of the injury switch and left me with untreated Disc hernations, multiple pinch nerves and a concussion. My Neck has new Bulges at C6-C7 and my back has new Bulges at L5-L6. South Eastern destroyed my credit by not waiting until the car accident was settled to get paid. South Eastern Sports medicine destroyed my medical records and created a nightmare with my medical records being forever tainted. I lost my home because they changed injuries in the middle of a SSDI application with out telling anyone about the injury switch. They destroyed my medical records, credit and long term health due to communication errors.

[3] Jared the physical therapist was working out if his scope of practice and MISDIAGNOSED a spinal and head injury. Dr. Rudins never did an investigation and this physical therapist ommited my injuries, signs and symptoms on a Medicare and Medicaid application.

[4] Dr. Guram lied on a Medicare, Medicaid application and told the social security he went over the injury switch with me. Dr. Guram is lying to cover up his misdiagnosed spine injury because he never went over the injury switch. Dr. Guram switched INJURIES with out telling me. He left me with untreated Disc hernations, 2 pinched nerves and a concussion.

[5] Dr. Guram and Dr. Rudins both wrote notes to the food card administration explaining that I was disabled according to social security administration for over 12 months. Then lied to Medicare and ommited all my signs, symptoms and injuries from my medical records. Dr. Hill lied and told Medicare hent went over my medical records with me when he didn't. They didn't even get my work schedule correct.

CONCLUSION

Do to the communication errors by Dr. Guram, Dr. Kersten, Dr. Hill, Dr. Rudins and Jared the physical therapist I was left with untreated head and spinal injures. My neck has new Bulges at C6-C7 and the EMG shows nerve damage from the Disc hernation traveling down both upper extremities. The lower back disc herniation was left untreated and the EMG shows nerve damage down both lower extremities with new lower back bulging on L3-L4. South Eastern destroyed my credit because they sent the billing before the car accident was paid. My medical records are forever tainted with incorrect information and I'm homeless because I lost my home due to the injury switch ; creating a nightmare situation that I have to live with forever. Dr. Hill Misdiagnosed my headaches, blurred vision, confused, memory issues, trouble concentrating, hot flashes trouble concentrating and multi tasking, etc with

depression and anxiety. Do to the communication errors I was left with untreated head, spine and nervous system injury resulting in permanent damage.

I'm asking for future and past medical bills, Wage loses, past pain suffering disability, future pain suffering and disability, Future loss or earnings, loss of companionship and society and emotional distress.

THIS THE DAY OCT 18 2021

Cert of Service

M.Richard Robinson III