# CHIEF JUDGE MARTIN REIDINGER, CAN THE JUDGES IN WNC STOP USING INCORRECT INJURIES TO MAKE FINAL JUDGEMENTS IN MY CASES?

FILED
ASHEVILLE, N.C.
NOV 23 2021
U.S. DISTRICT COURT
W. DIST. OF N.C.

1.How many judgments are you going to make against Melvin Richard Robinson with incorrect injury information?

2. Judge Bell and Metcalf continue to use the wrong medical information.

3. I would like to know why Judge Bell in case Robinson vs 1:20-cv-00358-KDB and Judge Metcalf in case 1:2020cv00030 thatboth judgments didn't include the updated medical information. How can I have confidence in Robinson vs Pardee Hospital case number 1:2020cv00372 when Judge Metcalf got my injuries incorrect for a second time before I asked that he be removed from my cases?

4. In three of my cases, two of your Judges have made judgments off incorrect medical

information.

5. Could you inform the rest of the Judges in the WNC, Whitney, Conrad, Cogburn, Mullen, Voorhees, and Keesler to get my corrrect injuries with the updated medical information from Dr. Roush, my surgeon in Florida.

6. I would like to know why Judge Bell and Judge Metcalf continue to use the incorrect medical information for South Eastern Sports Medicine when I was misdiagnosed? Why are the Judges in WNC using Cervical DDD with radiculopathy, lower back DDD, left shoulder tendinitis, carpal tunnel syndrome, anxiety and depression?

7. What steps are the Federal Court House in WNC going to take to get my injuries correct?

8. What do I need to do to correct this oversight?

# CORRECT INJURIES

After a car accident that wasn't my fault I was misdiagnosed when I transferred care to Southeastern Sports medicine and they changed my injuries and committed evidence to conceal the misdiagnosed injuries. Who does and emg on one left arm wit next and back pain. They left me with untreated MRI disc herniation, bulges, spinal straitening, and a concussion.

My correct injuries are MRI surgical C5-C6 central herniation with bilateral radiculopathy spondolysosis with for foranimal encroachment ,C3-C4 bulges, cervical lordic straitening, C5-C6 has bilateral EMG nerve damage, bilateral shoulder capsilitsis, bursitis and tendiitis, MRI ,Lower back L5-S1 surgical Broad Based disc herniation with annular and bilateral radiculopaty with emg evidence of 2 misdiagnosed pinch nerves caused by disc

herniation from a traumatic event. Concussion syndrome with headaches, blurred vision, hot flashes, dizziness, trouble concentration, memory issues, trouble multi tasking

## INCORRECT MEDICAL INFORMATION

1. X ray Cervical DDD with radiculopathy, X ray left shoulder tendinitis, x ray lower back DDD, anexity and depression

Melvin Richard Robinson

U.S. POSTAGE PAID
FCM LG ENVE
MIMS, FL
32754
NOV 09, 21
AMOUNT
**$1.96**
R2304E105931-05

1023

28903

Clerk of Court
100 otis ts
Asheville NC
2680q

Melvin Richard Robinson
2911 Frontier Dr.
Titusville FL 32796

RECEIVED
ASHEVILLE, NC

NOV 23 2021

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

THIS THE DAY JAN 5

## CERTIFICATE OF SERVICE

 I SENT A SECOND COPY TO 100 OTIS ST. ASHEVILLE 28801,
PARDEE HOSPITAL/ UNC HEALTH CARE N JUSTICE ST.
HENDERSONVILLE AND 21 TURTLE CREEK DR.ASHEVILLE NC
28803.

 MELVIN R ROBINSON
2911 FRONTIER DR
TITUSVILLE FL
32796