Melvin Richard Robinson
2911 Frontier Dr.
Titusville, FL
32796




1029  28801

U.S. POSTAGE PAID
FCM LETTER
MIMS, FL
32754
JAN 05, 22
AMOUNT
$0.98
R2304E105931-1

RECEIVED
ASHEVILLE, NC
JAN 10 2022
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Clerk of Court
100 Otis St.
Asheville, NC 28801