*This is the only proof I need to show for a disability*

# FEDERAL COURT ASHEVILLE

I JUST WANTED TO MAKE SURE YOU KNOW HOW I FEEL WHEN I MEAN FUCK YOU. I HOPE THE PEOLPE IN THIS BUILDING ROT IN HELL.

FILED
ASHEVILLE, NC
JAN 19 2022
U.S. DISTRICT COURT
A DISTRICT OF N.C.

1. HOW IS A HANDICAP PLASS NOT PROOF OF ACCESS OR A DISABILITY. FUCK, FUCK YOU, FUCK YOU
2. TWO INCORRECT LIENS WHY IM RECOVERING FOR A CAR ACCIDENT THAT WASNT MY FAULT, FUCK YOU. THESE JUDGES ARE A SCAM
3. I WAS ASKING FOR HELP BECAUSE I WAS MISSED DIAGNOSED BY THE MISSION, PARDEE SOUTHEASTERN SPORTS MEDICENE, FUCK YOU JUDGE BELL FOR NOT WORKING WITH ME TO UPDATE THE MEDICAL INFORMATION.
4. ITS IMMPOSSIBLE TO GO FROM MRI DISC HERNATIONS TO XRAY DDD
5. MY DISABILITY CASE SHOULD BE BROUGHT BACK DOWN TO PUT MY UPDATED INFORMATION
6. I HOPE YOU JUDGES ROT IN HELL BECAUSE NOT ONE TIME HAVE YOU ASKED ME TO SIT DOWN AND UPDATE MY INFORMATION.
7. \YOUR BUILDING AND JUDGES ARE A DISGRACE TO AN INJURED AMERNICAN WORKER WHEN YOU TELL THEM A HANDICAP PLACARD ISNT PROOD OF ACCESS AND A DISABITY
8. JUDGE BELL AND JUDGE MARTIN ARE A DISGRACE FRO NOT SITTING DOWN WITH ME TO UP DATE MY CORRECT MEDICAL INFORMATIO. FUCK YOU FUCKYO FUCK YOU

How is this not proof of a disability, Fuck you and the horse you rode in on

Both my cases should be pulled back into the District. H

NORTH CAROLINA TEMPORARY

EXPIRES
FEB
22  47257A

REMOVE PLACARD FROM INSIDE
REARVIEW MIRROR WHEN VEHICLE
IS IN MOTION