Melvin Robinson
2911 Frontier Dr
Titusville FL 32796



WEST PALM BCH FL 334
13 JAN 2022 PM 3 L

RECEIVED
ASHEVILLE, NC
JAN 19 2022
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Clerk of Court
100 otis st.
Asheville NC 28001

28801-261184

Case 1:20-cv-00372-MOC-WCM   Document 25-1   Filed 01/19/22   Page 1 of 1