M Robinson

v

Southeastern

1:20-CV-00372

FILED
ASHEVILLE, NC
JAN 20 2022
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Fix statement

I ment to say without Anexity and Depression

I Dont have Anexity and Depression

It's medically impossible to go from mvR Disc hernations to xray DDD with carpal tunnell

I forget to add the without Anexity and Depression

I have Disc hernations with a concussion not xR DDD, Carpat tunnel, Anexity, Depression

I Do Not have Anexity and Depression

Here is Another handicap placard that is proof of a disabily in North Carolina

How many MRI's and handicap placards do I have to show the Court to prove access and a disabilty.

The sentic should say without without without Anexit & Depression

I lost my home and may never recover because your Judges don't know a handicap placard is proof of disabilty.

I Don't have DDD XRAY CArpal tunnell, Anexty Depression