Melvin Robinson
2911 Fronteir Dr.
titusville Dr. 32796

Clerk of Court
100 Otis Street
Asheville NC 28001

ORLANDO FL 328
14 JAN 2022 PM 6 L

RECEIVED
ASHEVILLE, NC
JAN 20 2022
U.S. DISTRICT COURT
W. DISTRICT OF NC

28601-261184