your the Real Criminals in our Community

ALL THE FEDERL JUDGES IN WESTERN NORTH CAROLINA

1. OMITING EVIDENCE ON A MEDICARE AND MEDICAID APPLICATION IS A SERIOUS CRIME.

A. I would like to know why you aren't investigating Dr. Guram, Dr. Kersten, Dr. Rudins and Dr. hill for omitting MRI evidence, signs and symptoms from my medicare and medicaid application.

2. I continue to tell the Federal Judges that the switched my injuries with out telling me or my car accident law firm.
3. I don't have DDD, carpal tunnel, Anexity and depression.

2. Why did Judge metcalf tell me a handicap parking pass isnt proof of a disability in North Carolina.

I came to you for help and your judges shitted on me when I was left with disabling injuries after a car accident. I lost my home and my injuries became worse because your judges didn't read my argumets.

I have two blue book injuries and asked for help because I struggle with completing task task and getting in all the correct information.

JUDGE METCALF CHANGED THE LAW AND TOLD ME A TEMP HANDICAP PLACARD ISNT PROOF OF ACCESS. JUDGE BELL DIDNT SEE THAT I WAS MISDIAGNOSED AND HAD MY INJURIES SWITHED. I CONTINUE TO ASK FOR HELP AND YOU DENY ME. I LOST MY HOMEAND BECAME HOMELESSS WHEN I CAME TO THIS BUILDING FOR HELP.

HOW CAN ANYONE IN OUR COMMUNITY HAVE CONFIDENCE IN YOU WHEN YOU CANT EVEN GET INJURIES CORRECT OR KNOW THAT A HANDICAP PLACERDED IS PROOF OF ACCESS

I lost my home becau Two incorret lien

FILED ASHEVILLE, NC JAN 27 2022 U.S. DISTRICT COURT W. DISTRICT OF N.C.

THE FEDERAL JUDGES IN YOUR BUILDING MADE ME SICKER WHEN I CAME FOR HELP AFTER A CAR ACCIDENT AND INJURY SWITCH.

I HAD TO TEMPORAY MOVE BACK TO FLORIDA BECAUSE I LOST MY HOME BECAUSE JUDGE BELL DOESNT KNOW THE DIFFERENCE BETWEEN XRAY DDD AND MRI DISC HERNATIONS AND JUDGE METCALF DOEST KNOW THAT A HANDICAP PLACARD IS PROFF OF ACCESSS.

YOUR JUDGES IN THIS BUILDING ARE THE REASON FOR THE HOMELESS PROBEM IN AMERICA. SOCIAL SECURITY DISABILITY IS A 50% DISABILITY 12 MONTH WORK PROGRAM AND YOUR RUNNING THE BIGGEST PONZI SCHEME IN WORLD HISTORY.

I PRAY I DONT HAVE TO PAY ANOTHER DIME INTO SOCAL SECURITY BECAUSE ITS THE REASON FOR THE HOMELESS PROBLEM IN AMERICA. THANK GOD IM IN FLORDA BECAUSE I LOST EVERYTHING AND YOU DIDNT GIVE ME HELP

YOU SHOUNDT BE A JUDGE IF YOU DONT KNOW A HANDICAP PLACAD IS PROOF OF A DISABILITY. YOU SHOULD BE A JUDGE IF YOU DONT KNOW THE DIFFERENCE BETWEEN MRI DISC HERNATIONS AND XRAY.

YOU LETTHE REAL CRIMAINAL GET AWAY WITH OMMITING EVIDENCE ON A MEDICARE AND MEDICAID APPLICATION. THEN YOU LET BRICKTON VILLAGE STEAL MY HOME WITH TWO INCORRECT LIENS. THEN YUO WOULDNT GIVE ME HELP WHEN I CONTIUNE TO TELL YOU I HAVE A HEAD AND SPINAL INJURY

HELL HAS A SPECIAL PLACE FOR THE PEOLPE IN THIS BUILDING. I HAVE NO FAITH IN THE JUSTICE SYSTEM ABD RELIZED THE REAL CRIMINALS IN OUR COMMUNITY ARE YOU PEOLPE. I WISH NO VIOLENCE BECAUSE HELL WILL TAKE CARE OF THIS MATTER