Melvin Robinson
2911 Frontier Dr.
Titusville 32796 FL



clerk of Courts
100 Otis St.
Asheville, NC 28801

RECEIVED
ASHEVILLE, NC
JAN 27 2022
U.S. DISTRICT COURT
W. DISTRICT OF N.C.