WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
Asheville, NC
FEB 10 2022
Clerk, US District Court
Western District of NC

M RICHARD ROBINSON 111
V
SOUTH EASTERN SPORTS MEDICINE, PARDEE HOSPITAL,
UNC HEALTH SYSTEMS

MOTION TO CONTINUE CASE - I HAVE A MISDIAGNOSED HEAD AND SPINAL INJURY AND DONT HAVE TO BE HELD TO THE STANDARD OF A LAWYER.

1. THE ORGINAL SUMMONS WAS SENT BY THE US MARSHALLS THEN THE SENT THE AMENDED WITH THE UPDATED INFORMATION WITH ADA,REHAB ALONG WITH THE AFDFORDABLE CARE ACT

2. I CONTIUNE TO ASK THE FEDERAK COURT SYSTEM FOR AN APPOINTED LAWYER ANS YOU REFUSE. I WAS INJURED IN A CAR ACCIDENT THAT WASNT MY FAULT.

EXIBIT 1; I WAS ORGINALLY DIAGNOSED WITH MRI C5- C6 CENTRAL DISC HERNATION, C3-C4 BULGING, L5-S1 BROADBASED DISC HERNATION, BILATERAL SHOULDER TENDINOSIS,BURSITIS ALONG WITH CAPSULITIS WITH A CONCUSION.

EXIBIT 2 ; BECAUSE OF THE MEDICAL ERRORS I HAVE NEW BULGING IN C6-C7 ALONG WITH L4-L5 . I HAVE BILATER NERVE DAMAGE ALL THE WAY DOWN MY LEFT ARM AND LEG ALONG WITH MY RIGHT ARM AND LEG.

EXIBIT 3; ALL MY SIGN ALONG WITH SYMPTOMS THAT I WAS ALREADY DIAGNOSED WITH

EXIBIT 4 ; DR. HILL, DR.KERSTEN, DR. GURAM, DR. RUDINS, LYDIA, CHAZ ALONG WITH JARED THE PHYSICAL THERAPYST MISDIAGNOSED INJURIES. IM STRUGGLING TO READ AND WRITE AND WITH COMPHREHSION. THESE DOCTORS TOOK ADVANTAGE OF MY INJURIES WHY SWITHCING ALL OF THEM WHY LEAVING ME WITH THE DISABLING INJURIES IN EXIBIT 1 ALONG WITH EXIBIT 3

THE SUMMONS WAS SERVED MY THE MARSHALLS WHEN JUDGE METCALF.

1. THE DISABLING INJURIES ARE IN EXIBIT 1 AND 3
2. IM STRUGGLING WITH CONGITIGIVE ABILITIES AND THEY KNOW WHO SOUTH EASTERN SPORTS MEDICINE IS ALOMG WITH PARDEE UNC HEALTH
3. THE LAWERS ARE HIDING BEHIND THE LAW TO COVER UP THESE DOCTOR. DR, HILL, DR, KERSTEN, DR. GURAM ALONG WITH DR.RUDINS
4. DR. GURAM WENT TO THE INSURANCE COMPANY THAT IS A CONFICT OF INTEREST AND HE DIDNT TELL ME.

# THE US MARSHALLS SENT THE ORGINAL SUMMONS WHEN I FIRST FILED. I LIVED AT 181 BRICKTON VILLAGE FLETCHER NORTH CAROLINA.

1. I LOST MY HOME BECAUSE DR. HILL, DR. KERSTEN, DR.GURAM ALONG WITH DR. RUDINS SWITED MY INJURIES IN EXIBIT 1,2,3 TO EXIBIT4 WITH OUT TELLING ME , MY SUPPORT PERSON OR CAR ACCINDENT LAWYER IN FLORIDA
2. I ASKE JUDGE METCALF TO REMOVE TO INCORRECT LIEN SO I COULD PULL THE EQUITY OUT TO PAY MY HOA, CAR INSURANCE , ALONG WITH OTHER BILLS. METCALF TOLD ME A HANDICAP PLACARD WASNT PROOF OF DIABILTY WHY MY HOA REFUSED MY MEDICAL INFORMATION
3. I HAD TO SELL MY HOME IN NORTH CAROLINA BECAUSE DR HILL DR KERSTEN DR RUDINS ALONG

MIDDLE OF A SOCIAL SECURITY APPLICATION
4. I BECAME HOMELESS BECAUSE JUGE BELL REFUSED TO UPDATE MY SOCIAL SECURITY DISABILITY APPLICATION WITH THE CORRECT MEDICAL INFORMATION.
5. I'M LIVING IN FLORIDA BECUSE IM HOMELESS GETTING MEDICAL TREATMENT BECAUSE DR. HILL, DR, KERSTEN, DR, RUDIN ALONG WITH DR, GURAM SWITCHED ALL MY INJURIES IN EXIBIT 1,2,3 WITH EXIBIT LEAVIN ME HOMELESS IN FLORIDA
6. THESE DOCTORS MADE ME HOMELESS WITH THE INJURY SWITH WITHOU TELL ME, MY SUPPORT PERSON OR LAWYER LEAVING ME HOMELESS IN FLORIDA. THE ABUSED ME MEDICALLY LEAVING MR HOMELESS WHY BLAMING ME FOR GETTING MEDICAL TREATMENT IN FLORDIA WHY IM HOMELESS

OMMITTING MEDICAL EVIDANCE ON A MEDICARE MEDICAID APPLICATION IS A FELONY

1. DR.HILL, DR. KERSTEN, DR. RUDINS ALONG WITH DR. DR.GURM SHOULD BE CHARGED WITH A FELONY FOR OMMITTING MRI, SIGN AND SYMPOMS IN EXIBIT 1,2,3.
2. EXIBIT 4 IS WHAT THESE 4 DOCTORS PUT ON A MEDICARE APPLICATION OMMITTING ALLMY MRI, SIGN ALONG WITH SYMTOMS ON A MEDICARE APPLICATION.

STANDRAD OF CARE

1. IT'S IMMPOSSIBLE MEDICALLY TO GO FROM MRI DISC HERNATION XRAY DDD
2. THESE 4 DOCTORS DIDNT EVEN FOLLOW MEDICAL PROTOCOL FOR HEAD, NECK AND BACK INJURY. THE ONLY DID AN EMG ON ONE LEFT ARM WHY GETTING RIDE OF MRI,
3. STANDARD PROCTCOL FOR HEAD, NECK AND BACK IS MRI WITH EMG ON ALL 4 EXTREMITIES.

4. THEY PURPOSLY LEFT OUT MY MRIS WHY ONLY DOING AN EMG ONONE LEFT ARE TO HIDE DISABLING INJURIES IN EXIBIT 1,2,3.
5. ITS MEDICALLY IMMPOSSIBLR TO GO FROM EXIBIT 1,2,3 TO EXIBIT ALL 4 OF THESE DOCTORS COMMITED A FELON BY OMMITING EVIDENCE ON A SOCILA SECURITY APPLICATION. LEAVING ME WITH UNTREADTED DISABLING INJURIES IN FLORIDA HOMELESS

## ARGUMENT

THE SUMMONS WAS SEVERED IN THE ORGINAL COMPLAINT. IM INJURED WITH DISABLING INJURES BECAUSE THESE 4 DOCTOR LEFT ME WITH DISABLING INJURIES HOMELESS IN FLORIDA WITH OUT MONEY. I JUST HAD A C5-C6 PRODISC REPLACEMT WITH A L5-S1 MICRODISECTOMY ON NOV 2 2021 AND CONTINUTE TO STRUGGLE GETTING THING ON TIME BECAUSE THESE DOCTORS LEFT ME WITH DISABLING INJURIES.

NOT ONLY DID THESE 4 DOCTORS LEAVE ME WITH DISABLING INJURIES THEY ARE VICTUM BLAMING ME BEACUE I LOST MY HOME BECAME HOMELESS AND DIDNT HAVE TO ABILITY WHY STUGGLE TO GET THINGS IN ON TIME.

THEY RESPONDED TO THE COMPLAINT AND IM NOT A LAWYER WITH DISBLING INJURIES MAKING IT DIFFICULT TO GET THING IN ON TIME AND WITH THE CORRECT INFORMATION. IVE ASK THE COURT MULTIPLE TIMES FOR AN ATTRONEY TO ASSIT ME WITH MY CASE TO KEEP ME ON TIME WITH THE CORRECT MEDCIAL INFORMATION.

THESE 4 DOCTORS KNOW I HAVE DISABLING INJURIES IN EXIBIT 1,2,3 AND PURPOLSY LEFT WITH WITH UNTREATED DISC HERNATION. NOW THEY ARE TRYING TO USE MY LACK OF KNOWAGE OF THE SYSTEM TO GET THIS CASE DISMISSED UDER MINOR ISSUES

THESE 4 DOCTORS COMMITTED A FELONY WHY TRYING TO COVER IT UP LEAVING ME HOMELESS AND IN DESTITUTION IN FLORIDA. IM STILL A HOMELESS RESIDENT OF NORTH CAROLINA.

I WAS UNABLE TO RESPOND IN A TIMELY MANNER BECAUE I WAS LEFT WITH DISABLING INJURIES AND UNABLE TO FUNCTION. BECAUSE THEN LEFT ME WITH UNTREATED DISABLING INJURIES IN EXIBIT 1,2,3

LACK OF SUBJECT MATTER

1. IM GOING TROUGH A PERIOD OF DISABLITY AND CURRENTY PROTECTECT UNDER THW ADA, REHAB ACT ALONG WITH OBAMA CAR

DIVERIDITY OF JURISDICTION.

IM A HOMELESS RESIDENT OF NORTH CAOLINA WHO IS TEMPORY IN FLORIDA BECAUSE THESES 4 DOCTORS LEFT ME WITH DISABLING INJURIES IN EXIBIT 1,2,3, THEN COMMITTED A FELON BY LYING ON A MEDICARE APPLICATION IN FLORIDA FOR MEDICAL TREATMENT

FEDERAL QUESTION

THE FEDERL QUESTION IS CLEAR THE ADA, REHAB ACT ALONG WITH OBAMA CARE REQUIRE EFFECTIVE COMMUNICTION FOR PEOPLE GOING THROGH A PERIOD OF DIABILITY

NEGLENCE PER SE BECUASE THE DISCRIMANATION CAUSED ME TO LOSE MY SOCIAL SECUTIY APPLICATION, LOSE MY HOME AND LEFT ME WITH DISABLING INJURIES IN EXIBIT 1,2,3,

THES 4 DOCTORS DIDNT TELL MY SUPPORT PERSON , CAR ACCIDENT LAW FIRM OR ME THAT THE SWITHCED MY INJURIES IM 1,2,3 TO EXIBIT 4.\

THEN THE SENT 17 INDIVUAL BILLS TO MY CREDIT BEFORE MY CAR ACCIDENT WAS SETTLED AFTER TELLING ME THEY WOULD WAIT UNTIL THE CAR ACCIDNT TRIAL WAS OVER.

MY CAR ACCIDENT TRIAL IS IN FLORIDA IN LATE APRIL 2022 THESE ARE THE ONLY 4 DOCTORS WHO SENT THE BILLS TO MY CREDIT AFTER SWITHING MY INJURIES AND NOT TELLING ME, MY LAW FIRM OR MY SUPPORT PERSON ABOUT THE INJURY SWITH IN EXIBIT.

ITS MEDICAL IMMPOSSIBLE TO GO FROM INJURIES IN EXIBIT 1,2,3 TO THE INJUIRES IN EXIBIT 4. NOW THEY ARE BLAMING ME FOR BEING HOMELESS, WITH OUT MONEY OR CORRECT MEDICAL TREATMENT WHY I STRUGGLE WITH COMPLETEING TASK ON TIME.

DR. HILL, DR. KERSTEN , DR. GURAM ALONG WITH DR, RUDIND DIDNT FOLLOW THE LAW. THEY COMMITED A FELONY BY OMMITTING MRI, SIGN AND SYMPTOMS IN EXIBIT 1,2,3. THEY DIDNT EVEN FOLLOW THE STANDAR OF CARE BY FOR NECK AND BACK BY OMMITTING MRI AND ONLY DOIN ANF EMG ON ONE LEFT ARM.

I HAVE NEW MRIS WITH NEW BULGES IN EXIBIT 3 ALONG WITH EMG ON BOTH UPPER EXTREMITIRES ALONG WITH BOTH LOWER EXTREMITIES.

NOT ONLY DID THESE 4 DOCTORS COMMITTE A FELONY , THEYDIDNT EVEN FOLLOW STANDARD OF CARE FOR NECK, BACK ALONG WITH HEAD INJURIES. THE NEW EMGS SHOW NERVE DAMAGE ALL THE WAY DOWN LEFT ARM, LEFT LEG ALONG WITH GOING INTO MY RIGHT ARM AND LEG.

DR, RUDIN ONLY DID AN EMG ON ONE LEFT ARM TO HIDE THE NERVE DAMAGE ALL THE WAY DOWN THE RIGHT ARM AND LEG ALONG WITH THE RIGHT ARM AND LEG

DR KERSTEN OMMITTED MRI EVIDENCE ON A MEDICARE APPLICATION AND SWITCHED OUT MRI WITH XRAYS WITH OUT TELLING ME, MY LAWFIRM OR SUPPORT PERSON. DR. KERSTEN DIDNT EVEN FOLLOW PROROCAL FOR SHOULDER INJURIER BY OMMITTING MRI.

DR. HILL LIEAD AND COMMITTED A FELONY ON A MEDICARE APPLICATION BY OMMITTING ALL MY SIGN ALONG WITH SYMPTOMD LIKE MEMORY LOSE, HEADACHES, BLURRED VISSION, DIZZINESS, COMMPLETING TAKS ON TIME WITH SLOW BRAIN FUNCTION.

I NEVER COMPLAINED ON ANXEITY OR DEPRESSION AND DR.HILL LIED ON A MEDICARE APPLICATION TO HIDE THE SIGNS ALONG WITH SYMPTOMS OF DISC HERNATIONS WITH CONCUSSION IN EXIBIT 1,2,3 DR. HILL ALSO LYED ON A MEDICARE APPLICATION BY NOT GETTING MY WORK HOURS CORRECT.

THESE 4 DOCTOR COMMITTED A FELONY BY LYING ON A MEDICARE APPLICATION IN EXBIT4. LEAVING ME HOMELESS IN FLORIDA WITH UNTREATED DISBLING INJURIES IN EXIBIT 1,2,3

# THEY BROKE THE LAW BY OMMITTING EVIDENCE

# ON A MEDICAE APPLICATON WHY PUTTING DOWN THE INCORRECT WORK INFORMATION WHY REFUSING TO FIX IT.

## FEDERAL IMPORTANCE

I ONLY TRANFERED MEDICAL CARE TO TAKE CARE OF INJURIES IN EXIBIT 1,2,3. NO ONE IN THEIR RIGHT MIND WOULD CHANGE THOSE INJURIES TO EXIBIT 4 IN THE MIDDLE OF A CAR ACCIDENT AND DISABILITY CLAIM. THIS WASNT A MEDICAL ERROR. THIS WAS AN INJURY SWITCH TO MAKE SERIOUS INJURIES IN EXIBIT 1,2,3 TO LOOK LIKE NORMAL WEAR AND TEAR IN EXIBIT 4. DR, GURAM WENT ON TO WORK FOR THE INSURANCE COMPANY WITH OUR TELLING ME AND THAT IS A CONFLICT OF INTEREST.

THIS WASNT A MISDIAGNOSED INJURER. THIS WAS A PURPOSLY SWICTH INJURIES IN EXIBIT 1,2,3 TO EXIBIT 4 IN THE MIDDLE OF A SOCIAL SECURITY APPLICATION AND CAR ACCIDENT LAW SUIT.

WHAT THEY DID WAS MEDICALLY IMMPOSSIBLE WHY PURPOSLY NOT FOLLING THE STANDARD OD CARE TO MAKE SERIOUS INJURIES IN EXIBIT 1,2,3 TO EXIBIT 4.

THESE DOCTOE TOOK ADVANTAGE OF ME CONCUSSION ALONG WITH PAIN TO PURPOSLY SWITH MY INJURIES TO LOOK LIKE NORMAL WEAR AND TEAR. NO ONE IN THEIR RIGHT MIND WOULD TRANSFRER CARE FROM EXIBIT 1,2,3 TO EXIBIT 4.

I WOULD OF NEVER TRANSFER CARE TO EXIBIT 4. THIS CASE HAS FEDEAL IMPORTANCE BECAUSE I TRANSFER CARE OVER STATE LINES. I TRANFERED CARE WITH DISBLING INJURIES IN EXIBIT 1,2,3 . THESE 4 DOCTORS LIED TO ME , MY SISTER AND MY CAR ACCIDENT LAW FIRM AND SWITCHED ALL MY INJURIES TO EXIBIT 4 WITH OUT COMMUNICTION LEAVING ME HOMELESS WITH DISABLING UNTREATED DISABLING INJURIES AND NOW THEY ARE BLAMING ME FOR NOT GETTING THIND ON TIME WHY BEING HOMELESS IN FLORADA AFTER THE SWITHED ALLMY INJURIES WITH OUT PROPER COMMUNICATION. NO ONE WOULD SWITH INJURIES FOR EXIBIT 1,2,3 WITH DOCTORS WHO ARE WAITNG FOR THE PAYMENT AFTER THE CAR

ACCIDENT WAS OVER TO EXIBIT 4 WITH 17 DIFFERNT BILLS TO MY CREDIT. THEY RUINED MY CREDIT , THESE 4 DOCTORS PURPOSLY SWITHED ALL MY INJURIES WITH OUT TELLING ME LEAVING ME HOMELESS WITH DISABLING INJURIES. THEY DIDNT EVEN FOLLOW THE STANDARD OF CAR TO MAKE DISABLING INJURIES IN EXBIT 1,2,3 LOOK LIKE EXIBIT 4WITH OUT PROPER COMMUNICATION WITH ME, MY CAR ACCIDENT LAW FIRM ALONG WITH MY CAR ACCINDENT LAW FIRM.

ALL 4 OF THES DOCTOR COMMITED A FELONY AGAINST A PERSON GOING THROUGH A DISABILITY WHY DR. GURAM DIDNT DISCLOSE HE WENT TO WORK FOR THE INSURANCE COMPANY. NOT ONLY DID THEY SWITH MY INJURIES WITH OUT TELLING ME THEY SENT 17 INDIVUAL BILLS TO MY CREDIT BEFORE THE CAR ACCIDENT AFTER TELLING ME THEY WOULD WAIT UNTIL THE CAR ACCIDENT WAS SETTLED

THEY ARE THE ONLY DOCTOR WHO HAVE SENT MY BILL TO MY CREDIT


BALNCE BETWEEN FERDERAL AND STATE COURT

MY CAR ACCIDENT WAS IN FLORIDA. I WAS DIAGNOSED WITH DISABLING INJURIES IN EXIBIT 1,2,3 . I ONLY TRANSFERED CARE TO THESE 4 DOCTORS BECAUSE THEY PROMISED TO CONTINUE THE SAME TREATMENT. I HAD TO MOVE BACK TO FLORIDA TEMPORY BECAUSE THIS INJURY SWITH CAUSED ME TO BE HOMELESS. THE WAY THE INSURANCE IS SET UP I CAN ONLY GET MEDCIAL TREATMENT IN FLORIDA, THIS LWA FIRM IS USING THIS AGAINST ME BY CLIAMING IM NOT IN THE STATE AFTER SWITHING MY INJURIES IN THE MIDDLE OF A CAR ACCIDENT ALONG WITH A DISABILITY CASE.

THIS CASE HAS A FEDERAL IMPORANCE FOE PEOPLE WHO GET DIABLED IN ANOTHER STATE WHO HAVE TO TRANSEFER BACK TO THEIR HOME STATE FROM NOT HAVING THEIR DISABLING INJURIES SWITHCED FROM EXIBIT 1,2,3 TO EXIBIT 4 WHY THEY ARE UNABLE AND STUGGLE WITH COMMMUNUCATION ISSUES.

THIS CASE IS TO PROTECT INJURED PEOLPE WHO HAVE COMMUNICATION ISSUES WHEN THEY TRANSFER CARE FROM DOCTORS SWITICHING INJURIERS WHY NOT FOLLOWING THE STANDARD OF CARE FOR THE

PURPOSE OF HIDING SERIOUS INJURIES. LEAVING PEOLPE WHO HAVE DIABLED INJURIES WITH OUT THE PROPER MEDICAL CARE , HOMELESS AND IN DESTITUTION.

NOBOBY IN THEIR RIGHT FRAME OF MIND WOULD SWITH INJURIES FORM EXIBIT 1,2,3 TO EXIBIT 4 IN THE MIDDLE OF A CAR ACCIDENT TRIAL WITH A SOCIAL SECURITY CLAIM.

WHAT THESE 4 DOCTORS DID WAS MEDICALLY IMMPOSIBLE TO GOR FORM EXIBIT MRI 1,2 ,3 TO EXIBIT 4. THEY PURPOSLY SWITCHED MRI DISABLING INJURES WITH XRAYS TO CARPAL TUNNEL ANEXITY AND DEPRESSION TO HIDE DISABLING INJURIES IN EXIBIT 1,2,3.

## CONCULLIOSON

I'M NOT A LAWYER AND UNDER LAW AM NOT HELD TO THE STANDARDS OF THIS LAWFIRM. THE ORGINAL SUMMONS WAS DELIVED BY THE US MARSHALLS. I'VE SENT MULTIPLE COPIES WHY THIS LAW FIRM IS TRYING TO HIDE BEHIND THE LAW TO COVER UP A FELONY OF OMMITTING EVIDENCE ON A MEDICARE, MEDICAID APPLICATION.

THE COMPLAINT I SENT WAS THE AMMENDED COMPLAID THAT WAS SENT WITH AN ORGINAL SUMMONS. BY THE MARSHALLS OVER LAST YEAR.

I WAS LEFT WITH UNTREATED DISBLING INJURIES BY THES 4 DOCTORS WHO PURPOSLY SWITHED MY INJURIES WITH OUT PROPER COMMUNITATION WITH OUT TELLING ME , MY SUPPORT PERSON OR CAR ACCINDENT LAW FIRM IN TH EMIDDLE OF A CAR ACCIDENT TRIAL AND SOCIAL SECURITY APPLICATION. I JUST HAD MULTIPLE SURGIES, RAN OUT OF MONEY AND ONLY GET 3-5 HOURS A WEEK OF TIME TO COMPLETE TASK. THEY LEFT ME HOMELESS IN FLORIDA WITH DISABLING INJURIES AND ARE NOW BLAMING ME FOR NOT BEING ON TIME WHEN I WAS INJURED WITH OUT THE ABILITY TO RESPOND IN A TIMELY MANNER.

THESE LAWYERS ALONG WITH DOCTORS ARE TRYING TO COVER UP A FELONY OF OMMITTING EVIDENCE ON A MEDICARE APPLICATION. THEY RUINED MY CREDIT WIT 17 INDIVUAL BILLS ON MY CREDIT BEFORE THE CAR ACCIDENT WAS SETTLED AND UNABLE TO PULL MY EQUITY OUT TO FINACNE MY NEW MEDCAIL TREATMNET OR KEEP UP WITH THIS CASE.

THEY PUT ME IN THIS GOD AWFUL SITUATION AND ARE NOW BLAMING

ME FOR THE DESTITUTION THEY CREATED BY LEAVING ME HOMELEES WITH DIABLING INJURES AND WITH OUT THE ABILITY TO GET THING IN ON TIME WITH A SUPPORT PERSON.

THIS IS AN IMPORTANT FEDERAL QUEASTION ABOUT TRANSFERING CARE AFTER A TRAMITIC EVENT FROM ONE STATE TO ANOTHER WHEN A PERSON IS STRUGGLING WITH COMMUNICATION , COMPLETING TASK AND MOBILITY

EXIBIT 5 – I JUST HAST A C5-C6 PRO DISC REPLACEMENT ALONG WITH A L5S1 MICRODISECOTOMY WHY ON HYDOCODONE A POWER PAON MEDICATION AND CONTINUE TO STRUGGLE TO GET THINGS IN ON TIME.

IM IN FLORIDA GETTING MEDICAL TREATMENT BECAUSE THES 4 DOCTORS SWITCHED MY INJUEIER IN EXIBIT 1,2,3 TO EXIBIT 4 LEAVING ME HOMELESS IN DESTUTION WITH DISABLING INJURIES.

THIS THE DAY FEB 3 2022

    CERT OF SERVICE
I MAILED A COPY TP 100 OTIS SRTEET IN ASHVELLVE NORTH 28801 ALONG WITH SOUTH EASTERN SPORT MEDICINE AT 21 TURTLE CREEK, DR, ASHEVILLE NC 28803


MELVIN RICHARD ROBINSON3
2911 FRONTEIR DR
TITUSVILLE FL 32796

*[signature]*