Melvin Robinson
2911 Frontier Dr
Titusville FL 32796

RECEIVED
Asheville, NC

FEB 10 2022

Clerk, US District Court
Western District of NC

Clerk of Court
100 Otis Street
Asheville North Carolina
28801




U.S. POSTAGE PAID
FCM LG ENV
LAKE WORTH BEACH, FL
33460
FEB 03, 22
AMOUNT
$1.76
1000  28801  R2305H130045-06