MELVIN RICHARD ROBINSON
                    V       REPLY
PARDEE UNC HEALTH CARE EL AT

THIS LAWFIRM IS ASSUMING THAT I'M TRYING TO ASSERT STATE LAW NEGLENCE PER SE. IM INJURED AND WAS LEFT DISABLED BY DR. RUDINS, DR.GURAM, DR. KERSTEN AND DR.HILL. THIS LAW FIRM IS USING MY INJURIES AGAINST ME AFTER LEAVING ME DISABLED AND HOME LESS.

IM STRUGGLING AND WILL MAKE GRAMMER, SPELLING AND PUNCUATION ERRORS AND THIS LAW FIRM SHOULD BE ALLOWED TO USE THAT AGAIST ME. THE MEDICAL TREATMENT CAUSED ME TO BE DISABLED AND HOMELESSS AND THIS LAW FIRM SHOULDT BE ABLE TO USE THAT AGAIST ME.

1. TITLE 3 ADA EFFICATIVE COMMUNICATION IS A FERDERAL LAW.
2. NEGLENCE PER SE IS BECAUSE THAT LAW WAS SUPPOSED TO PROTECT ME FROM THE DOCTORS ABOVE FROM SWITCHING OUT ALL MY MRI INJURIES WITH XRAYS AND USING ANEXITY AND DEPRESSION TO COVER UP THE SIGND AND SYMPTOMS FROM MULTIPLE DISCHERNATIONS.
3. REH ACT 504 IS A FEDERAL LAW COMMUNICATION LAW DEESIGNED TO PROTECT PEOLPE LIKE ME FROM THE DOCTORS ABOVE FROM SWITCHING OUT INJURIES WITH OUT EFFICTIVE COMMUNICATION.
4. OBAMMACARE 1557 IS FEDERAL LAW OF COMMUNICATION THAT DOCTORS TELL ME MY SUPPORT PERSON AND CAR ACCIDENT LAW FIRM THAT THEY ARE SWITHING THE ORGINAL DIAGNOSIS.
5. THE INJURY HAPPEND IN FLORIDA AND MY MEDICAL TREATMENT CROSSED STATE LINES THAT BRINGS UP ANOTHER FEDERAL QUESTION CAN DOCTORS SWITCH ALL YOUR INJURIES WITH OUT PROPER COMMUNICATION FROM DISABLING INJURIES TO REGULAR WEAR AND TEAR.
6. THIS LAW FIRM MAKES ANOTHER ASUMPTION INSTED OF ANSWERING THE QUESTION ABOUT A FELONY. NOWHERE DID I SAY THIS IS A FEDERAL MATTER BECAUSE A FELONY WAS COMMITED THATS IN CORRET.
7. WHAT I SAID IS THE DOCTORS ABOVE COMMITED A FELONY BY OMMITTING EVIDENCE ON A MEDICARE APPLICATION AND THIS LAWFIRM IS USING THE MY LACK OF KNOWLEDGE TO COVER THIS UP.

IM NOT FAMILIAR WITH THE COURT SYSTEM AND THOUGHT THE MARSHALLS GAVE THE SUMMONS ON THE FIRST RESPONCE

8. OMMITTING EVIDENCE ON A MEDICARE APPLICATION THAT ALTERS THE OUT COME IS A FELONY. THIS LAW FIRM IS MISLEADING BECAUSE I NEVER SAID THATS WHY ITS A FEDERAL QUESTION. THE DOCTORS ABOVE COMMITTED A MEDICARE FELONY BY OMMITTING MRI SIGNS AND SYMPTOM FROM A

MEDICARE APPLICATION

WHAT MAKES THIS A FEDERAL CASE IS THE BROKE FEDERAL DISABILITY LAWS
1. OBAMMACARE 1557 EFFICTIVE COMMUNICATION
2. REH ACT 504 EFFICATIVE COMMUNICATION
3. ADA TITLE 3 COMMUNICATION.
4. MY MEDICAL TREATMENT CROSSED STATE LINES

WHAT THIS LAW FIRM IS ARGUING IS IF SOMEONE TRANSFERS CARE FROM A DIFFERT STATE DOCTOR HAVE THE RIGHT TO SWITCH ALL YOUR INJURIES WHEN YOU ARE STRUGGLING WITH COMMUNICATION, READING, WRITING AND COMPHRENSION, WORKING WITH OUT TELLING YOU , YOUR SUPPORT PERSON OR CAR ACCIDENT LAWFIRM.

THIS BRING UP AN IMPORTANT FEDERAL QUESTION TO ANYONE WHO TRANSFERES CARE FROM ANOTHER STATE CAN DOCTORS CHANGE ALL YOUR INJURIES WHY VIOLATING FEDERAL ADA TIILE 3, RHAB ACT 504 AND OBBAMACARE 1557 EFFICATIVE COMMUNICATION LEAVING YOU HOMELESS, DISABLED WITHOUT THE CORRECT MEDICAL TREATMENT AND WITH OUT MEDICINE. THAT IS MEDICAL BATTERY TO SWITCH SOMEONES INJURIES WITH OUT EFFICTIVEE COMMUNICATION ALONG WITH BREAKING FEDERAL LAW.

THE NEGLENCE PER SE IS BECAUSE THE DOCTORS ABOVE BROKE FEDERAL NOT STATE LAW THAT WAS DEESIGNED TO PROTECT PEOPLE INJURED LIKE ME FROM MEDICAL BATTERY WHO HAS TROUBLE WITH COMMUNICATION AND MOBILTY WHEN TRANSFERING CARE ACROSS STATE LINES.

I DONT KNOW ABOUT HOW THE SUMMONS PROCESS WORKS AND THIS LAWFIRM KNOWS IM INJURED AND DISABLED AFTER THEY SWITCHED OUT ALL MY INJURIESWITH OUT EFFICTIVE COMMUNICATION VIOLATING ADA, REH AND OBAMMA CARE.

THIS LAW FIRRM KNOWS IM STRUGGLING WITH HOMELESS, DISABING INJURES AND WITH FININCES.

THIS LAW FIRM KNOWS OMMITTING EVIDENCE ON A MEDICARE APPLICATION IS A FELONY. THIS LAW FIRM KNOWS DR. GURAM WORKS FOR THE INSURANCE COMPANY AND THATS A CONFLICT OF INTEREST.

THEY SHOULD NOT ASUMES I KNOW THE PROCEESS WHEN THEY LEFT ME DIABLED AND HOMELESS AND IN FINICAL DESTITUTION AFTER SWITHING ALL MY INJURIES FROM THE ORGINAL DIAGNOSIS WITH OUT EFFECTIVE COMMUNICATION IN VILOLATE OF FEDERAL LAW DEESIGNED TO PROTECT ME FROM THIS SITUATION.

I WAS LEFT HOMELESS, DISABLED AND IN FINACIAL DESTITUTION AND JUST HAD SURRGERY. THIS LAWFIRM KNOW THAT THESE DOCTORS PURPOSLY SWITCHED OUT DISABLING INJURIES NOT TO RESPOND TO THING IN A TIMELY MANNER.

THIS LAWFIRM KNOWS THEY LEFT ME DISABLED AND IS TRY TO USE THAT AGAIST ME AS I STRUGGLE TO GET THINGS IN ON TIME. I HAD SURGERY ON NOV 2 2021 FOR MULTIPLE DISC HERNATIONS THAT THE DOCTORS PURPOSY SWITCHED OUT ABOVE. NOW THIS LAW FIRM IS TRYING TO USE THAT AGAIST ME AS IM TRYING TO RECOVER WITH LIMITED FUNDS, HOMELESS AND IN FINICAL DESTIOUTION.

CONCULSION THIS IS A FEDERAL QUESTION ALL THE WAY TO PROTECT ME FROM MEDICAL BATTERY DUE TI INEFFECTIVE COMMUNICATION.

I THOUGHT THE MARSHALLS SERVERD THE PROCESS THE FIRST TIME. IM STRUGGLING WITH READING WRITING AND COMPHRENSIN AND IM GOING TO MISSPELL, HAVE GRAMMER ERRORS AND THAT WHY THES DOCTORS TOOK ADVANTGE OF MY INJURIES TO SWITCH THEM OUT AFTER A TRAMITIC EVENT LEAVING ME HOMELESS DISABLES AND IN FINICAL RUIN IN FLORIDA GETTING MEDICAL TREATMENT. ADA TITLE 3, REH ACT 504 AND OBBAMACARE 1557 ARE FEDERAL LAWS DEESIGNED TO PROTECT PEOLPLE LIKE ME WHO SWICTH MEDCIAL CARE FROM A DIFFERENT STATE. THIS LAWFIRM SHOULDNT BE ABLE TO USE THIS AGAIST ME LIKE THE DOCTORS DID LEVING ME WITH DISABLING INJURIES. THEY KMOW IM STRUGGLING AFTER A TRAMITIC EVENT. THE ADA, REH ACT AND OBBAMACARE ARE FEDRAL QUESTION AND I DONT EVEN UNDER STAND WHY THIS LAW FIRM WOULD NOT ADDRESS THE EFFICTIVE COMMUNICATION ISSUE THAT LEFT ME HOMELESS, DISABLLED ANF IN FINICAL DESTIOUTION.

OMMITING EVIDENCE ON A MEDICARE APPLICATON IS A FELONY . I NEVER SAIF THAT MAKES THIS A FEDERAL ISSUE. THIS CASE SHOULD CONTINE BECAUE THE FEDERAL QUESTION NEEDS TO BE ANSWERED.

CAN DR. RUDINS, DR.GURAM, DR. HILL AND DR. KERSTEN SWITCH ALL MY INJURIES WITH OUT TELLING ME, MY SUPPORT PERSON AND CAR ACCIDENT LAW FIRM WITH OUT EFFICTIVLY COMMUNITION LEAVING ME WITH DISABLING INJURIES THAT IS MEDICAL BATTERY IN VIOLATING OF FEDERAL LAW, ADA TITLE 3, REHAB ACT 504 AND OBAMMACARE 1557. THESE FEDERAL LAWS ARE SPECIFICTLY DEESIGNED TO PROTECT ME FRON UNWARRENTED MEDICAL TREATMENT THAT LEFT ME DISABLED, HOMELESS AND IN FINICAL RUIN AFTER A CAR ACCIDENT THAT WASNT MY FAULT.

MELVIN ROBINSON
2911 FRONTEIR DR.
TITUSVILLE
CERTIFICATE OF SERVICE

I MAILED A COPT TO 100 OTIS STREET ASHEVILLE AND TO DAVID HAWISHER PO BOX 7647 ASHEVILLE NC 28803, THIS THE DAY 2/25/22